# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONALD J. BOHANA,<br><br>    Petitioner,<br><br>  v.<br><br>TOM E. VAUGHN, Warden, et al.,<br><br>    Respondents. | NO. CV 04-3037-AHM (MAN)<br><br>JUDGMENT |

Pursuant to the Court's Order Accepting and Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that this action is dismissed with prejudice.

DATED: _Od. 14, 2008_ .

_____
A. HOWARD MATZ
UNITED STATES DISTRICT JUDGE